UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL PARKER,

        Plaintiff,

v.

Case No. 11-12198

Honorable Patrick J. Duggan

SHERIFF TIM DONNELLON, UNDER
SHERIFF THOMAS BUCKLEY,
CAPTAIN BLISS, LIEUTENANT
BIONDO, SERGEANT SZELOG,
SERGEANT OLEJNHK SERGEANT
CZARNECKI, DEPUTY ROGER,
DEPUTY MCCAIN, DEPUTY WALKER,
DEPUTY RODRIGUEZ, DEPUTY
ORBINO, DEPUTY PORTER, DEPUTY
HIEDEN, DEPUTY BRYCE, DEPUTY
BOXSTANZ, DEPUTY BANOCH,
DEPUTY VANDENBOSCH, DEPUTY
BAYZO, DEPUTY ZUEHLKE, and
DEPUTY WAGNER,

        Defendants.
_____/

## JUDGMENT

On May 20, 2011, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging that his First, Eighth, and Fourteenth Amendment rights were violated and that Defendants retaliated against him.  On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is

**DISMISSED WITH PREJUDICE**.

Dated: July 27, 2011                                    s/PATRICK J. DUGGAN
                                                                        UNITED STATES DISTRICT JUDGE

Copies to:

Samuel Parker
St. Clair County Intervention Center
1170 Michigan Road
Port Huron, MI 48060